1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| TONI A. LEWALLEN,<br>               *Plaintiff*,<br><br>vs.<br><br>SILVER STATE FINANCIAL SERVICES, INC.; GMAC MORTGAGE, L.L.C.; NATIONAL DEFAULT SERVICING CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; NEVADA STATE BANK; AND DOES I-X INCLUSIVE.<br><br>               *Defendants*. | CASE NO. 2:09-cv-00760-LRH-GWF<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS BY DEFENDANTS GMACM AND MERS AND ORDER** |
|---|---|

     PURSUANT to Local Rules 6-2 and 7-1, Plaintiff Conchita Quintana ("Quintana") and Defendants GMAC Mortgage ("GMACM"), and Mortgage Electronic Registration Systems, Inc. ("MERS") (hereinafter the "Defendants") jointly submit the following stipulation:

     WHEREAS, Defendants filed a Motion to Dismiss on or about May 4, 2009; and

     WHEREAS, Counsel for Plaintiff Lewallen had departed the U.S. on business that day and did not return to the U.S. until May 13, 2009; and

     WHEREAS, a response from Plaintiff Lewallen was due on or about May 22, 2009; and

     WHEREAS, counsel for Plaintiff Lewallen has not had sufficient time upon return to adequately respond to Defendants' motion; and

WHEREAS, counsel for Defendants, as a courtesy, is agreeable to extending the response date for Plaintiff Lewallen to file her Opposition to Defendants' Motion to Dismiss until June 1, 2009; and

WHEREAS, counsel for Plaintiff Lewallen is agreeable to extending the date for a Reply by Defendants to June 15, 2009;

THEREFORE, Plaintiff Lewallen and Defendants hereby stipulate that:

(1) The date for plaintiff Lewallen to file her Opposition to Defendants' Motion to Dismiss is now extended to June 1, 2009; and

(2) The date for Defendants to file any Reply to Plaintiff's Opposition is June 15, 2009.

Dated: May 22, 2009

                               CASTRO & BAKER, L.L.P.

                               By: /s/ *James M. Baker*
                               James M. Baker
                               6600 Amelia Earhart Court, Suite C
                               Las Vegas, Nevada 89119
                               Attorneys for Plaintiff Quintana

                               By: /s/ *Peter E. Dunkley*
                               Peter E. Dunkley, Esq.
                               WOLFE & WYMAN, L.L.P.
                               840 Grier Drive, Suite 370
                               Las Vegas, Nevada 89119
                               Attorneys for Defendants GMACM and MERS

IT IS SO ORDERED this 27th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE